[No. 9173–5–I.   Division One.   August 16, 1982.]

Ron Fleming, *Respondent,* v. Bunn Construction Company, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 57210, Byron L. Swedberg, J., entered July 25, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Corbett, JJ.

[No. 9359–2–I.   Division One.   August 16, 1982.]

Benefit Services Corporation, *Respondent,* v. Fidelity Mutual Savings Bank, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 861986, James W. Mifflin, J. Pro Tem., entered July 8, 1980. *Reversed* by unpublished opinion per Corbett, J., concurred in by Williams and Ringold, JJ.

[No. 10163–3–I.   Division One.   August 16, 1982.]

The State of Washington, *Respondent,* v. Gary Wayne Bover, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02338–8, Herbert M. Stephens, J., entered March 16, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Ringold, J.